

# NUMBER 13-22-00077-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

NEIL GUAJARDO,                                                         Appellant,

v.

BARBARA A. GUAJARDO,                                          Appellee.

### On appeal from the 24th District Court
### of Victoria County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

This cause is before the Court on appellant's second motion for extension of time to file appellant's brief. *See* TEX. R. APP. P. 10.5(b). Appellant's brief was initially due on September 19, 2022. Appellant filed a motion to extend time to file brief on September 19, 2022, which we granted. The deadline for filing the brief was extended until October 19, 2022. In the current motion, appellant states that an additional thirty-day extension is

necessary because counsel is handling several appellate and other matters which require her immediate attention.

Having fully examined and considered appellant's motion, the Court is of the opinion that, in the interest of justice, appellant's second motion of extension of time to file brief should be granted. Accordingly, we GRANT appellant's second motion of extension of time to file appellant's brief. Appellant's brief shall be filed with the clerk of this Court on or before 5:00 p.m. on Friday, November 18, 2022. Absent extraordinary circumstances, the Court will entertain no further requests for extension of time from appellant.

PER CURIAM

Delivered and filed on the
20th day of October, 2022.